UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:17-mj-1244-RJ

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ) <br> 2 story building located at ) <br> 304 S. Pine Street ) <br> Warsaw, North Carolina 28398 ) | **ORDER TO UNSEAL** |

Upon motion of the Government, the Application for Search Warrant, the Affidavit in support of the Application for Search Warrant and the attachments to the Affidavit, submitted in the above-captioned matter are hereby ORDERED unsealed.

SO ORDERED this **14** day of December, 2018.

_____
HONORABLE ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE